# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** : **CRIMINAL ACTION**
:
**v.** : **No. 26-238**
:
**JOSEPH CAMMARATA** :
:

## ORDER

**AND NOW**, this **24th** day of **September 2026**, upon consideration of the Defendant's Motion to Dismiss the Indictment (ECF No. 39) and alternative Motion for a Bill of Particulars (the "Defendant's Motion") (ECF No. 39), and for the reasons contained in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. The Defendant's Motion to Dismiss the Indictment (ECF No. 39) is **DENIED**.
2. The Defendant's Motion for a Bill of Particulars (ECF No. 39) is **DENIED**.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**